**Motion Granted; Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed October 2, 2025.**



In The

# Fifteenth Court of Appeals

## NO. 15-25-00109-CV

## IN RE STORABLE, INC.; REDNOVA LABS, INC. (D/B/A STOREDGE); SITELINKSOFTWARE, LLC; EASY STORAGE SOLUTIONS, LLC; BADER CO.; AND PROPERTY FIRST GROUP, LP, Relators

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**Business Court Division 3A**
**Travis County, Texas**
**Trial Court Cause No. 25-BC03A-0001**

## MEMORANDUM OPINION

Relators filed an unopposed motion to dismiss this original proceeding. *See* Tex. R. App. P. 42.1(a). The motion is granted. We dismiss this petition for writ of mandamus.

PER CURIAM

Panel consists of Chief Justice Brister and Justices Field and Farris.